

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

May 22, 2026

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**United States of America**

vs.

Jose Gabriel Aguirre

)
)
)
)
)
)

**Case No. 1:25 CR 00079-JLT-SAB-002**

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Jose Gabriel Aguirre_____, have discussed with _____Francisco J. Guerrero_____, Pretrial Services Officer, modifications of my release conditions as follows:

Remove the following conditions of release:

1:   The condition requiring the defendant to participate in the curfew component of the Location Monitoring Program with electronic monitoring is removed **effective Monday, June 15, 2026**.

Reason for modification:   Mr. Aguirre has been fully compliant with all conditions of release and has demonstrated successful adjustment to supervision.   In addition, he is subject to a substantial property bond. Moreover, he has been designated by the Bureau of Prisons to surrender to Sheridan Satellite Camp in Oregon, and his brother will be driving Mr. Aguirre to the designated facility.

The defendant shall continue to make payments for the monitoring costs until his monitoring services have been paid in full.

2:   The condition requiring the defendant to not associate or have any contact with his co-defendant unless in the presence of counsel, shall be modified to include, **or as otherwise approved in advance by the pretrial services officer.**

Reason for the modification:    Mr. Aguirre has indicated an interest in attending an upcoming Bureau of Prisons orientation and his co-defendant has also indicated an interest in attending the same.   Pretrial Services just wants to make sure that Mr. Aguirre is not in violation of his conditions of release if his attorney is not present at said orientation.

All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| | | | |
|---|---|---|---|
| _Signature_ | 5-22-26 | _Francisco J. Guerrero_ | 5/21/2026 |
| Signature of Defendant | Date | Signature of Pretrial Services Officer | Date |

Based on the information provided by the Pretrial Services Officer, the United States does not object to the proposed modification.

BRITTANY GUNTER  Digitally signed by BRITTANY GUNTER
Date: 2026.05.21 14:18:18 -07'00'

5/21/26

_____     _____
Signature of Assistant U.S. Attorney          Date

CONSENT TO MODIFY CONDITIONS OF RELEASE
Aguirre, Jose Gabriel
Page 2

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____     05/22/2026
Signature of Defense Counsel          Date

I am aware of the modification to the defendant's conditions of release and agree to continue to act as a third-party custodian.

_____     5·22·26
Signature of Third-Party Custodian – **Roxanne Aguirre**    Date

I am aware of the modification to the defendant's conditions of release and agree to continue to act as a third-party custodian.

_____     5/24/26
Signature of Third-Party Custodian – **Gabriel Gage Aguirre**    Date

I am aware of the modification to the defendant's conditions of release and agree to continue to serve as a surety.

_____     5·22·26
Signature of Surety – **Roxanne Aguirre**    Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___**May 22, 2026**___

☐ The above modification of conditions of release is *not* ordered.

_____
Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Dated: May 21, 2026